# ORIGINAL

## CV 23-2643

DeARCY HALL, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

REYES, M.J.

JEFFERY BENJAMIN

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-
69th IN COMMAND OF NYPD
POLICE OFFICER BRIANA PARKER
POLICE OFFICER MATTHEW MAURO
POLICE OFFICE LANDREY CHERENTANT

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* POLICE OFFICER TASHEAN SIMSGABY

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

RECEIVED
APR 04 2023
PRO SE OFFICE

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: JEFFERY BENJAMIN
Street Address: 577 MACON STREET APT I
City and County: BROOKLYN NEW YORK, 11233
State and Zip Code:
Telephone Number: 347-729-2790
E-mail Address: NONE AT THIS MOMENT

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name: BRIANA PARKER
Job or Title (if known): NYPD POLICE OFFICER #11240
Street Address: 97 20 FOSTER AVE
City and County: BROOKLYN, KINGS
State and Zip Code: 11236 NEW YORK
Telephone Number:
E-mail Address (if known):

2

Defendant No. 2

Name — MATTHEW MAURO

Job or Title
(if known) — POLICE OFFICER #13615

Street Address — 9720 FOSTER AVE

City and County — BROOKLYN, KINGS

State and Zip Code — NEW YORK, 11236

Telephone Number — _____

E-mail Address
(if known) — _____

Defendant No. 3

Name — ANDREY CHERELITANT

Job or Title
(if known) — POLICE OFFICER # 30846

Street Address — 9720 FOSTER AVE

City and County — BROOKLYN, KINGS

State and Zip Code — NEW YORK, 11236

Telephone Number — _____

E-mail Address
(if known) — _____

Defendant No. 4

Name — TASHEAN SIMSGABAY

Job or Title
(if known) — POLICE OFFICER

Street Address — 9720 FOSTER AVE

City and County — BROOKLYN, KINGS

State and Zip Code — NEW YORK, 11236

Telephone Number — _____

E-mail Address
(if known) — _____

NAME
Job or title

69TH COMMAND
POLICE STATION
9720 FOSTER AVE
BROOKLYN KINGS
NEW YORK, 11236,

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑   State or local officials (a § 1983 claim)

☐   Federal officials (a *Bivens* claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

FALSE IMPRISONMENT, FALSE ARREST, FALSELY REPORTING AN INCIDENT.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

MALICIOUS PROSECUTION; FALSE IMPRISONMENT, MENTAL STRESS; PROBABLE CAUSE; FALSE ARREST

4

**III.**   **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was
personally involved in the alleged wrongful action, along with the dates and locations of
all relevant events.  You may wish to include further details such as the names of other
persons involved in the events giving rise to your claims.  Do not cite any cases or
statutes.  If more than one claim is asserted, number each claim and write a short and
plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

9823 FLATLANDS AVE.
BROOKLYN, NEW YORK. 11236

B.   What date and approximate time did the events giving rise to your claim(s) occur?

July 1, 2021   APPROXIMATELY
9:30 A.M.

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to
you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

ON JAN 25, 2022. CRIMINAL COURT
OF THE CITY OF NEW YORK. COUNTY
OF KINGS PART APAR ONE DOCKER
NUMBER CR-016357/21 KN HEREIN
EXHIBIT "A" DEFENDANT FAILED TO
PROCEEDING TO ARREST NUMBER
K21622.23. AND ARREST NUMBER
K2162286 WITH THE OFFICE OF
THE DISTRICT ATTORNEY, KINGS COUNTY
AS EXHIBIT "B.

ON July 1, 2021, Matthew Mauro Shield 13615, File false charges Along with Landrey Chen Defendant Shield 30846, Tashea Sim Saaby Shield 255749 unlawful Detained Jeffery Benjamin base on false information to unlawful Detain Jeffery Benjamin at NewYork City Police Station 9730 Foster Ave Brooklyn NewYork 11236 67th Command Station held under NewYork City Police Department Omniform system complaint 2021-069-00826, The Plaintiff witnessed the Defendant(s) made arrest under arrest #H Number:K216232356, Filing A false Report of crime, Disjump of Felony and illegal search and seizure with lack of probable cause and malicious prosecution Defract from police misconduct committed in arrest number K216232356 and arrest Number K216232356.

**IV.** **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

PAIN AND SUFFERING, GABAPENTIN 300 Mg FALSE IMPRISONMENT, ILLEGAL SEARCH AND SEIZURE; Filing FALSE REPORTS UNDER ARREST NUMBER (K216.22223. AND ARREST NUMBER K216.22286. MALICIOUS PROSECTION; MENTAL STRESS. PERSONAL BIAS.

**V.** **Relief**

State briefly what you want the court to do for you.  Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. BY REASON OF FACTS AND CIRCUMSTANCE STATED ABOVE PLAINTIFF HAS BEEN DAMAGED by DEFENDANT(S) PAY SEPARATELY IN THE SUM $3,000,000 FOR PAIN AND SUFFERING MENTAL STRESS $2,000,000 FILING FALSE ARREST REPORTS UNDER ARREST UNMBER K216.22223; AND K216.22286 $7,000,000. FALSE IMPRISONMENT $10,000,000. ILLEGAL SEARCH AND SEIZURE $9,000,000; MALICIOUS PROSECTION $6,000,000. PERSONAL BIAS $2,000,000.

$39,000,000

**VI.** **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.**   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-9 , 2023

Signature of Plaintiff _Jeffery Benjamin_

Printed Name of Plaintiff _JEFFERY BENJAMIN_

7